# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYGÅRD INTERNATIONAL PARTNERSHIP,<br><br>Plaintiff,<br><br>vs.<br><br>PARADIGM INTERNATIONAL, INC., a Florida Corporation; BHC INTERIM FUNDING II, LP and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 09-5101-ODW (SHx)<br><br>[Honorable Otis D. Wright, Courtroom 11]<br><br>**ORDER GRANTING NYGÅRD INTERNATIONAL PARTNERSHIP'S ATTORNEYS' FEES AND COSTS** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1   **WHEREAS** the Court granted Plaintiff NYGÅRD INTERNATIONAL
2   PARTNERSHIP's ("Nygård") Temporary Restraining Order and Order to Show
3   Cause re Preliminary Injunction on July 15, 2009 for the reason that Defendant
4   PARADIGM INTERNATIONAL, INC., a Florida Corporation ("Paradigm"
5   and/or "Defendant"), unreasonably refused to release the bills of lading for
6   Nygård's goods,

7   **WHEREAS** the Court granted Nygård's Preliminary Injunction on July 24,
8   2009, and awarded Nygård's attorneys' fees and costs,

9   **WHEREAS** the Court requested that Nygård submit a declaration
10  substantiating its attorneys' fees and costs, and Nygård did so on August 16, 2009,
11  detailing its attorneys' fees and costs in the estimated amount of $61,788.25,

12  **WHEREAS** the clerk of the United States District Court issued a check to
13  Nygård for $45,037.88 on August 25, 2009 based on the Court's July 24, 2009
14  Order Granting Preliminary Injunction,

15  **WHEREAS** the difference between the funds issued to Nygård for its
16  attorneys' fees and costs, and the attorneys' fees and costs detailed in Nygård's
17  August 16, 2009 declaration is $16,750.37,

18  The Court finds that there is good cause appearing to grant Nygård its
19  additional attorneys' fees and costs in the amount of $16,750.37.

20  **THEREFORE, IT IS HEREBY ORDERED** that the Clerk of the Court
21  issue a check payable to "Nygård International Partnership" in the amount of
22  $16,750.37, which funds shall be deducted from the interpleader funds previously
23  deposited by Nygård on July 17, 2009.

24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1  **IT IS HEREBY FURTHER ORDERED THAT** Nygård shall deliver a
2  copy of this Order to Defendants forthwith.

4  **IT IS SO ORDERED.**

6  Dated:  September 15, 2009
7  _____
   UNITED STATES DISTRICT JUDGE

9  Proposed Order Prepared and Respectfully Submitted By:
10 **SEYFARTH SHAW LLP**
   DEAN A. MARTOCCIA
11 CAROLYN E. SIEVE

13 By     s/ Dean A. Martoccia
              DEAN A. MARTOCCIA
14         Attorneys for Plaintiff
       NYGÅRD INTERNATIONAL PARTNERSHIP